IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANICE D. CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-643-M |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 29, 2013, United States Magistrate Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by May 20, 2013. On May 20, 2013, plaintiff filed her objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 29, 2013; and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 22nd day of May, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE